RECEIVED
NOV 1 4 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **ROBERT HOLMES (Doc No. 123183)** | **CIVIL ACTION NO. 05-0694-M** |
| VS. | SECTION P |
| **LeBLANC BROTHERS, ET AL.** | **JUDGE JAMES** |
| | **MAGISTRATE JUDGE KIRK** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint, in so far as it seeks injunctive relief, be **DISMISSED WITH PREJUDICE as MOOT.**

**IT IS FURTHER ORDERED** that plaintiff's civil rights complaint, in so far as it seeks monetary damages, be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

THUS DONE AND SIGNED, in chambers, in Monroe, Louisiana, on this 13 day of November, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE